# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BOBBI-JO SMILEY, AMBER BLOW and KELSEY TURNER,** | : | No. 3:12cv2380 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| **E.I. DU PONT DE NEMOURS AND COMPANY and ADECCO USA, INC.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, to wit, this 5th day of November 2014, Defendant E.I. DuPont De Nemours & Company and Defendant Adecco USA, Inc.'s motion for summary judgment (Doc. 112) is **GRANTED**. The Clerk of Court is directed to enter judgment in favor of defendants.

It is further **ORDERED** that Defendant E.I. DuPont De Nemours & Company and Defendant Adecco USA, Inc.'s motions to decertify the FLSA collective action (Docs. 113 & 114), and Plaintiffs Bobbi-Jo Smiley, Amber Blow and Kelsey Turner's motion for class certification pursuant to Pennsylvania's wage payment and collection law (Doc. 126) are **DENIED** as **MOOT**.

                                                **BY THE COURT:**

                                                **s/ James M. Munley**
                                                **JUDGE JAMES M. MUNLEY**
                                                **United States District Court**