IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BOBBI-JO SMILEY, ET AL., | : |
| Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 12-2380-JMM |
| E. I. DU PONT DE NEMOURS AND COMPANY and ADECCO U.S.A., INC., | : |
| Defendant. | : |

## ORDER

AND NOW, this ___ day of _____, 2017, upon consideration of the motion of Defendants E. I. du Pont de Nemours and Company and Adecco U.S.A., Inc. for an order staying proceedings and Plaintiffs' response thereto, it is hereby ORDERED that Defendants' Motion is GRANTED.

It is FURTHER ORDERED that all proceedings in the case are staying pending a decision on Defendants' petition for a writ of certiorari or, if granted, pending a ruling from the United States Supreme Court.

BY THE COURT:

_____
Munley, J.