# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BOBBI-JO SMILEY, AMBER BLOW, AND KELSEY TURNER,**<br>　　　　**Plaintiffs,**<br><br>　　v.<br><br>**E. I. DU PONT DE NEMOURS AND COMPANY AND ADECCO U.S.A., INC.,**<br>　　　　**Defendants.** | Case No. 12-cv-02380<br><br>(Judge Malachy E. Mannion) |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY CLASS AND COLLECTIVE ACTION SETTLEMENT APPROVAL

For the reasons stated in the attached Memorandum of Law, Plaintiffs Bobbi-Jo Smiley, Amber Blow and Kelsey Turner respectfully submit this unopposed Motion seeking entry of an Order preliminarily approving the Parties' proposed settlement in the above-captioned class action lawsuit and authorizing dissemination of the Parties' agreed-upon Settlement Notice to all putative Class members.

Respectfully Submitted,

Date:  April 20, 2020

Thomas More Marrone (PA-49463)
*MOREMARRONE* LLC
1601 Market St. #2500
Philadelphia, PA  19103
(215) 966-4142
tom@moremarrone.com

/s/ David J. Cohen
David J. Cohen (PA-74070)
STEPHAN ZOURAS, LLP
604 Spruce Street
Philadelphia, PA  19106
(215) 873-4836
(312) 233-1560 fax
dcohen@stephanzouras.com

James B. Zouras (*pro hac vice*)
Ryan F. Stephan (*pro hac vice*)
STEPHAN ZOURAS, LLP
100 N. Riverside Plaza, Suite 2150
Chicago, IL  60606
(312) 233-1550
(312) 233-1560 fax
jzouras@stephanzouras.com
rstephan@stephanzouras.com

*Attorneys for Named Plaintiffs,*
*the Putative Rule 23 Class*
*and the FLSA Collective*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2020, a true and correct copy of the foregoing pleading has been served on all counsel of record by electronically filing this document and all attachments *via* the Court's ECF system.

/s/ David J. Cohen

## **WORD COUNT CERTIFICATION**

I hereby certify that the attached Memorandum Of Law In Support Of Plaintiff's Unopposed Motion For Preliminary Class Action Settlement Approval complies with the word / page limitations in L.R. 7.8(b) in that this filing (excluding cover page, table of contents, table of authorities and signature block) contains 4,962 words as determined by the word count feature of the word processing system used to prepare the Memorandum.

*/s/ David J. Cohen*